# EXHIBIT "A"
# LOUNSBURY CALL LOG

## CALL LOG FROM AUGUSTA COLLECTION AGENCY, INC.

| Augusta's Number | Date | Time |
|---|---|---|
| 1. 706-731-0433 | 06/07/2016 | 10:34 AM |
| 2. 706-731-0433 | 06/16/2016 | 10:04 AM |
| 3. 706-731-0533 | 06/29/2016 | 10:23 AM |
| 4. 706-731-0533 | 07/07/2016 | 10:21 AM |
| 5. 706-731-0433 | 08/03/2016 | 12:04 PM |
| 6. 706-731-0433 | 08/31/2016 | 10:20 AM |
| 7. 706-364-9007 | 09/15/2016 | 10:18 AM |
| 8. 706-364-9007 | 09/21/2016 | 11:08 AM |
| 9. 706-364-9007 | 09/23/2016 | 11:01 AM |
| 10. 706-364-9007 | 09/26/2016 | 10:34 AM |
| 11. 706-731-9006 | 10/10/2016 | 11:33 AM |
| 12. 706-731-0533 | 10/13/2016 | 10:42 AM |
| 13. 706-731-9006 | 10/26/2016 | 11:12 AM |
| 14. 706-731-0533 | 11/14/2016 | 09:25 AM |

| | | |
|---|---|---|
| 15. 706-731-0533 | 12/02/2016 | 09:49 AM |
| 16. 706-731-0533 | 12/05/2016 | 10:29 AM |
| 17. 706-731-9006 | 12/29/2016 | 11:53 AM |
| 18. 706-731-9006 | 01/27/2017 | 10:45 AM |
| 19. 706-731-0433 | 02/15/2017 | 10:36 AM |
| 20. 706-731-9006 | 04/03/2017 | 09:18 AM |
| 21. 706-731-9006 | 04/03/2017 | 09:29 AM |
| 22. 706-731-0433 | 04/19/2017 | 10:41 AM |
| 23. 706-731-9006 | 04/21/2017 | 02:41 PM |
| 24. 706-731-0433 | 05/03/2017 | 10:20 AM |
| 25. 706-731-0433 | 05/09/2017 | 12:27 PM |
| 26. 706-731-0433 | 05/17/2017 | 09:39 AM |
| 27. 706-731-0433 | 05/25/2017 | 09:27 AM |
| 28. 706-731-0433 | 05/26/2017 | 09:59 AM |
| 29. 706-731-0433 | 05/30/2017 | 10:37 AM |
| 30. 706-731-0433 | 05/31/2017 | 09:58 AM |

| | | |
|---|---|---|
| 31. 706-731-0433 | 06/05/2017 | 10:18 AM |
| 32. 706-731-0433 | 06/09/2017 | 11:18 AM |
| 33. 706-731-9006 | 06/15/2017 | 10:59 AM |
| 34. 706-731-9006 | 06/19/2017 | 10:15 AM |
| 35. 706-731-0533 | 06/28/2017 | 02:31 PM |
| 36. 706-731-0533 | 06/30/2017 | 09:53 AM |
| 37. 706-731-9006 | 07/13/2017 | 11:39 AM |
| 38. 706-731-9006 | 07/26/2017 | 09:31 AM |
| 39. 706-731-0533 | 08/09/2017 | 10:23 AM |
| 40. 706-731-0533 | 08/17/2017 | 09:39 AM |
| 41. 706-731-0433 | 08/23/2017 | 09:56 AM |
| 42. 706-731-0433 | 08/24/2016 | 11:00 AM |
| 43. 706-731-9006 | 09/01/2017 | 09:34 AM |
| 44. 706-731-9006 | 09/06/2017 | 10:31 AM |
| 45. 706-731-9006 | 09/07/2017 | 12:00 PM |
| 46. 706-731-9006 | 09/08/2017 | 10:41 AM |

| | | |
|---|---|---|
| 47. 706-731-9006 | 09/14/2017 | 09:26 AM |
| 48. 706-731-0533 | 09/21/2017 | 10:49 AM |
| 49. 706-731-0533 | 10/04/2017 | 10:47 AM |