# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

STEPHANIE LOUNSBURY,

    Plaintiff,

v.                                                                  CASE NO: 3:18-cv-00237-BJD-JBT

AUGUSTA COLLECTION AGENCY, INC.

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, STEPHANIE LOUNSBURY and Defendant, AUGUSTA COLLECTIONS AGENCY INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), stipulate that the matters between them have been resolved and therefore request this Honorable Court to dismiss Plaintiff's claim, with Prejudice, against Defendant with each party to bear its own fees and costs.

Respectfully Submitted,

**WORLDBLOCK LEGAL, P.A.**

*s/Sasha A. Hodder*
**SASHA A. HODDER, ESQ.**
SASHA@WORLDBLOCKLEGAL.IO
FL BAR NO. 1004384
400 N. Tampa St. Ste 2840
Tampa, Florida 33602
Office: 813-452-2000
Mobile: 904-304-4453
Fax: 813-435-2181

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was E-Filed on May 3, 2018 and sent via E-Mail to Christopher A. Cosper, Esq. at CCosper@hullbarrett.com 801 Broad Street, 7th Floor, Augusta, Georgia 30901

                                          *s/Sasha A. Hodder*
                                          SASHA A. HODDER, ESQ.