**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**STEPHANIE LOUNSBURY,**

    **Plaintiff,**

v.                                             **Case No. 3:18-cv-237-J-39JBT**

**AUGUSTA COLLECTION AGENCY, INC,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. No. 6; Notice) filed on May 3, 2018. In the Stipulation, Plaintiff indicates that the matters between the parties have been resolved and requests dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 7th day of May, 2018.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*